IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:24cr554 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(d)(1) |
| **KATELIN LEE ABERNATHY,** | ) | 18 U.S.C. § 982(a)(1) |
| a/k/a "KK" | ) | 18 U.S.C. § 1956(a)(1)(B)(i) |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **SEALED INDICTMENT** |



### COUNT 1
*(Drug Distribution Conspiracy)*

THE GRAND JURY CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in or around the end of 2022, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** knowingly and intentionally did combine, conspire, agree, and have tacit understanding with others, both known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully possess with intent to distribute and distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), a Schedule II controlled substance; methamphetamine, a Schedule II controlled substance; an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, that is fluorofentanyl, a Schedule I controlled substance; and cocaine, a Schedule II controlled substance;

a. With respect to **KATELIN LEE ABERNATHY, a/k/a "KK,"** the amount involved in the conspiracy attributable to her as a result of her own conduct and the conduct of other conspirators reasonably foreseeable to her is 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, 100 grams or more of a mixture or substance containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, that is fluorofentanyl, and a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C);

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
*(Possession with Intent to Distribute Fentanyl, Methamphetamine, Fluorofentanyl, and Cocaine)*

THE GRAND JURY FURTHER CHARGES:

That on or about August 24, 2023, in the District of South Carolina, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** knowingly, intentionally, and unlawfully did possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), a Schedule II controlled substance; a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; 100 grams or more of a mixture or substance containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, that is fluorofentanyl, a Schedule I controlled substance; and a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(C).

## COUNT 3
*(Felon in Possession of Firearms)*

THE GRAND JURY FURTHER CHARGES:

That on or about August 24, 2023, in the District of South Carolina, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** knowingly possessed firearms in and affecting interstate commerce, that is, a Glock, Model 17, 9mm pistol; a Chinese Type 56 (SKS), 7.62x39 caliber rifle; a Savage Arms/Stevens, Model 320, 20 gauge shotgun; a Smith & Wesson, Model M&P-15, 5.56 caliber rifle; a Palmetto State Armory, Model PA-15, 300 AAC caliber rifle; a Colt, Model King Cobra, .357 caliber revolver; a Springfield Armory, Model 1911-A1, 9mm pistol; and a Springfield Armory, Model 1911 Range Officer Elite Champion, .45 caliber pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that she had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

THE GRAND JURY FURTHER CHARGES:

That on or about August 24, 2023, in the District of South Carolina, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** knowingly possessed a firearm in furtherance of a drug trafficking crime, as alleged in Count 2, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5
*(Money Laundering Conspiracy)*

THE GRAND JURY FURTHER CHARGES:

That beginning at a time unknown to the Grand Jury, but beginning at least in late 2023, and continuing up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** knowingly and willfully did combine, conspire, agree and have tacit understanding with others, both known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which in fact involved the proceeds of a specified unlawful activity, that is drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and further knowing that the transactions were designed, in whole and in part, to conceal and disguise the nature, the location, the source, the ownership, and the control of the property, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violation of Title 18 and Title 21, United States Code, as charged in this Indictment, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

(c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

    (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

    (2) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

MONEY LAUNDERING:

Upon conviction for violation of Title 18, United States Code, Sections 1956 as charged in this Indictment, the Defendant, **KATELIN LEE ABERNATHY, a/k/a "KK,"** shall forfeit to the United States any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, as charged in the Indictment, or any property traceable to the offense.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

- A. Money Laundering/Forfeiture Judgment:

  A sum of money equal to all property involved in the money laundering offense charged in the Indictment, and all interest and proceeds traceable thereto as a result of her violation of 18 U.S.C. § 1956.

- B. Drug Proceeds/Forfeiture Judgment:

  A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of her violation of 21 U.S.C. §§ 841 and 846.

- C. Firearms:

  (1) Glock, Model 17, 9mm pistol with drum with sear switch added
  Serial Number: ZTG335

  (2) Chinese Type 56 (SKS), 7.62x39 caliber rifle
  Serial Number: 10321914

  (3) Savage Arms/Stevens, Model 320, 20 gauge shotgun
  Serial Number: 196976F

  (4) Smith & Wesson, Model M&P-15, 5.56 caliber rifle
  Serial Number: SP876748

  (5) Palmetto State Armory, Model PA-15, 300 AAC caliber rifle
  Serial Number: SCB952779

  (6) Colt, Model King Cobra, .357 caliber revolver
  Serial Number: RA2996434

  (7) Springfield Armory, Model 1911-A1, 9mm pistol
  Serial Number: NM470144

  (8)  Springfield Armory, Model 1911 Range Officer Elite Champion, .45 caliber pistol
     Serial Number: LW170595

D.  <u>Magazines</u>:

  (1)  Eight (8) pistol magazines

  (2)  Two (2) rifle magazines

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

  (1)  Cannot be located upon the exercise of due diligence;
  (2)  Has been transferred or sold to, or deposited with a third party;
  (3)  Has been placed beyond the jurisdiction of the Court;
  (4)  Has been substantially diminished in value; or
  (5)  Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), (incorporating Title 21, United States Code, Section 853(p)), to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 924(d)(1) and 982(a)(1), and Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A   True   BILL



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *Jamie Lea Schoen*
Jamie Lea Schoen (Fed. ID # 11386)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:  864-282-2100
Fax:  864-233-3158
Email: Jamie.l.schoen@usdoj.gov